IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 23, 2026

EMERY | REDDY, PC

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiffs*

DATED: June 23, 2026

SEYFARTH SHAW LLP

By: */s/ Kyle D. Nelson*
Kyle D. Nelson, WSBA No. 49981
Matthew R. Kelly, WSBA No. 48050
Kate Bradley, WSBA No. 61434
999 Third Avenue, Suite 4700
Seattle, WA 98104
Phone: (206) 946-4910
Email: knelson@seyfarth.com
Email: mrkelly@seyfarth.com
Email: kkbradley@seyfarth.com

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED

IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents, electronically stored information (ESI) or information, whether inadvertent or otherwise, in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law. This Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d). The provisions of Fed. R. Evid. 502(b) do not apply. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production. Information produced in discovery that is protected as privileged or work product shall be immediately returned to the producing party.

DATED:_____

MODEL STIPULATED PROTECTIVE ORDER
CASE NUMBER  - 10