The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AUSTIN HITCH, DIANA GARCIA-MOZQUEDA, and MARK SIMONEAU individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CELLCO PARTNERSHIP, a foreign general partnership doing business as VERIZON WIRELESS; SEATTLE SMSA LIMITED PARTNERSHIP, a foreign limited partnership doing business as VERIZON WIRELESS; VERIZON COMMUNICATIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendants.

No. 2:25-cv-01469

**DECLARATION OF AUSTIN HITCH IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Austin Hitch, certify and declare under the penalty of perjury of the laws of the United States and the state of Washington that the following is true and correct and based upon personal knowledge to the best of my ability:

1.    I am over the age of 18 and competent to testify to the matters herein.

DECLARATION OF AUSTIN HITCH - 1

No. 2:25-cv-01469

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Doc ID: c6dd8c2734c210ac544487fd14c7fb0013d13de8

2.      I am one of the plaintiffs in the above-captioned putative class action against Defendants Cellco Partnership and Seattle SMSA Limited Partnership ("Defendants" or "Verizon") for their violation of RCW 49.62.070.

**My Employment History with Verizon**

3.      I have worked for Verizon since October 2013 in various Verizon retail stores in Washington state.

4.      I was hired as a Retail Sales Representative and later became a Retail Specialist.

5.      During the class period, I earned less than twice Washington state's minimum hourly wage.

6.      When I was hired, Verizon gave me a copy of its Code of Conduct.

7.      Verizon informed me that I had to comply with the policies within the Code of Conduct as a condition of employment.

8.      As Verizon published updated versions of its Code of Conduct, Verizon reminded me that I was bound by its terms.

9.      Throughout my employment with Verizon, I understood that Verizon would not let me work for its competitors.

10.     While I don't recall precisely when I developed this understanding, I remember having to complete regular trainings covering this topic. Generally, it was discussed alongside other things Verizon deemed to be conflicts of interest, like supervising a significant other.

11.     These restrictions discouraged me from taking a second job in my industry.

**My Commitment to this Case and the Class**

12.     I understand that as the class representative, I have a duty to fairly and fully represent the interests of the class.

13.     I am committed to pursuing my RCW 49.62.070 claim against Verizon individually and on behalf of the interests of other individuals whose rights under RCW 49.62.070 were similarly violated by Defendants' restrictions and prohibitions on outside employment.

14.     I have committed to this case from the beginning and continue to make significant

DECLARATION OF AUSTIN HITCH - 2

No. 2:25-cv-01469

contributions to advance the prosecution and resolution of this litigation.

15.    I have assisted my counsel in prosecuting this class action by providing evidence in support of my claims and the claims of fellow putative class members, including by supplying documents, gathering evidence, assisting in preparing the complaint, responding to discovery requests, preparing for a deposition, and understanding the facts as well as Defendants' potential defenses.

16.    I provided evidence to support my claims, participated in several phone calls and meetings with my attorneys, have continued to stay in touch with my attorneys, am scheduled to sit for a deposition, and remain prepared to respond to Defendants' supplemental discovery requests, if any, and to testify at trial if need be.

17.    I am aware of the risks and potential consequences that go along with being a class representative, especially in cases against employers, but I choose to take on this burden anyway.

18.    To the best of my knowledge, there is no conflict of interest between myself and the class or with my attorneys.

19.    I have never had a close personal, familial, or financial relationship with Timothy Emery, Patrick Reddy, or any other attorney or employee of Emery | Reddy.

20.    I always aim to make decisions that are in the best interest of the entire class.

21.    I am unaware of any factor that would preclude me from representing their interests fully and fairly.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.


Executed this 30th day of June 2026, in Lynnwood, Washington.


By:    _____
　　　　Austin Hitch


DECLARATION OF AUSTIN HITCH - 3

No. 2:25-cv-01469

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711
Doc ID: c6dd8c2734c210ac544487fd14c7fb0013d13de8