The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

AUSTIN HITCH, DIANA GARCIA-MOZQUEDA, and MARK SIMONEAU individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CELLCO PARTNERSHIP, a foreign general partnership doing business as VERIZON WIRELESS; SEATTLE SMSA LIMITED PARTNERSHIP, a foreign limited partnership doing business as VERIZON WIRELESS; VERIZON COMMUNICATIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendants.

No. 2:25-cv-01469

**DECLARATION OF DIANA GARCIA-MOZQUEDA IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Diana Garcia-Mozqueda, certify and declare under the penalty of perjury of the laws of the United States and the state of Washington that the following is true and correct and based upon personal knowledge to the best of my ability:

1.    I am over the age of 18 and competent to testify to the matters herein.

DECLARATION OF DIANA GARCIA-MOZQUEDA - 1

No. 2:25-cv-01469

2.    I am one of the plaintiffs in the above-captioned putative class action against Defendants Cellco Partnership and Seattle SMSA Limited Partnership ("Defendants" or "Verizon") for their violation of RCW 49.62.070.

**My Employment History with Verizon**

3.    I worked for Verizon from August 2021 to August 2025 as a Retail Sales Representative in multiple Verizon retail stores in Washington state.

4.    During the class period, I earned less than twice Washington state's minimum hourly wage.

5.    When I was hired, Verizon gave me a copy of its Code of Conduct.

6.    Verizon informed me that I was required to comply with the policies within the Code of Conduct as a condition of employment.

7.    As part of my onboarding, and again throughout my employment, Verizon required me to complete trainings on the Code of Conduct.

8.    I quickly became aware of Verizon's restrictions on outside employment from these trainings, and from conversations with my more experienced coworkers, who warned me that Verizon would not let me have a second job in the industry.

9.    I understood I could be fired if I took a job with a company like AT&T or T-Mobile.

10.    These restrictions deterred me from seeking work with Verizon's competitors during my time there.

11.    Shortly after leaving Verizon, I applied to work for a Verizon competitor because those roles seemed like a good fit for my experience and skills.

**My Commitment to this Case and the Class**

12.    I understand that as the class representative, I have a duty to fairly and fully represent the interests of the class.

13.    I am committed to pursuing my RCW 49.62.070 claim against Verizon individually and on behalf of the interests of other individuals whose rights under RCW 49.62.070

DECLARATION OF DIANA GARCIA-MOZQUEDA - 2

No. 2:25-cv-01469

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711
Doc ID: c136acd3490e617999d726c5ee7c7a1ced134f49

were similarly violated by Defendants' restrictions and prohibitions on outside employment.

14.     I have committed to this case from the beginning and continue to make significant contributions to advance the prosecution and resolution of this litigation.

15.     I have assisted my counsel in prosecuting this class action by providing evidence in support of my claims and the claims of fellow putative class members, including by supplying documents, gathering evidence, assisting in preparing the complaint, responding to discovery requests, preparing for a deposition, and understanding the facts as well as Defendants' potential defenses.

16.     I provided evidence to support my claims, participated in several phone calls and meetings with my attorneys, have continued to stay in touch with my attorneys, am scheduled to sit for a deposition, and remain prepared to respond to Defendants' supplemental discovery requests, if any, and to testify at trial if need be.

17.     I am aware of the risks and potential consequences that go along with being a class representative, especially in cases against employers, but I choose to take on this burden anyway.

18.     To the best of my knowledge, there is no conflict of interest between myself and the class or with my attorneys.

19.     I have never had a close personal, familial, or financial relationship with Timothy Emery, Patrick Reddy, or any other attorney or employee of Emery | Reddy.

20.     I always aim to make decisions that are in the best interest of the entire class.

21.     I am unaware of any factor that would preclude me from representing their interests fully and fairly.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

Executed this 30th day of June, 2026, in Seattle, Washington.

By:     _____
        Diana Garcia-Mozqueda

DECLARATION OF DIANA GARCIA-MOZQUEDA - 3

No. 2:25-cv-01469

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711
Doc ID: c136acd3490e617999d726c5ee7c7a1ced134f49