20.    To determine the total number of hours worked by Plaintiff, I aggregated the hours worked reported on Plaintiff's paystubs for each pay period in a given calendar year.

21.    I calculated Plaintiff's effective hourly rate of pay by dividing Plaintiff's total earnings, as reported in Box 1 of the applicable Form W-2, by the total number of hours worked during the calendar year.

22.    I compared Plaintiff's effective hourly rate to the applicable threshold wage to determine whether the effective hourly rate exceeded the threshold wage for any calendar year during the relevant time period.

23.    Based on my calculations, analysis, and expertise, it is my opinion that Plaintiff's "effective hourly rate" did not exceed twice the applicable state minimum hourly wage in the years 2022, 2023, 2024, and 2025:

**Garcia-Mozqueda Effective Hourly Rate of Pay**

|  | Total Hours Worked | Box 1 W2 Earnings | Effective Hourly Rate | Threshold Rate | Above/Below Threshold |
|---|---|---|---|---|---|
| 2022 | 2,020.18 | $45,313.21 | $22.43 | $28.98 | Below |
| 2023 | 2,014.37 | $46,377.19 | $23.02 | $31.48 | Below |
| 2024 | 1,986.35 | $47,978.24 | $24.15 | $32.56 | Below |
| 2025 | 974.22 | $25,308.31 | $25.98 | $33.32 | Below |

24.    I am prepared, as necessary, to further explain or elaborate on any of the points I have made in this declaration, as warranted, for the Court.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

Executed on ___July 5_____, 2026, at Baltimore, Maryland.

By:    _____
Aaron T. Mitchell
Principal | Chief Data Scientist
Maderas Partners LLC

EXPERT DECLARATION OF AARON MITCHELL - 4

No. 2:25-cv-01469-TL

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Doc ID: 46c004ed7d4d13879bb4a7e97a44d7daac3b8aa4